R. Grace Rodriguez, Esq, State Bar No. 196657
THE LAW OFFICES OF R. GRACE RODRIGUEZ
21000 Devonshire Street, Suite 111
Chatsworth, California 91311
Tel:      (818) 734-7223
Email:    ECF2@LORGR.com

Attorneys for Debtor
JONATHAN J. DECKEL

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re the<br><br>JONATHAN J. DECKEL,<br><br>Debtor | CASE NO. 2:23-bk-13235-NB<br><br>Chapter 13<br><br>**DECLARATION OF R. GRACE RODRIGUEZ IN OPPOSITION TO MOTION FOR RELIEF FROM STAY**<br><br>DATE: June 13, 2023<br>TIME: 10:00 AM<br>DEPT: Courtroom 1545 |
| JONATHAN J. DECKEL,<br><br>Petitioner<br><br>v.<br><br>KEVIN SINGER, individually and in his authorized capacity as Court Appointed Referee, AMI DECKEL, individually and in his authorized capacity the Trustee of the Ami Deckel and Phoebe Deckel Family Trust dated December 24, 2003, LEONARD B. WEINSAFT<br><br>Respondents | |

I, R. Grace Rodriguez, hereby declare as follows:

1. I am the attorney of record for the debtor, Jonathan J. Deckel and if called as a witness I could and would competently testify to the following facts which are of my own personal knowledge.

2. Exhibit "A" is a copy of the party docket from the underlying state court action which

**850 PETITION**

reflects that The Debtor is not a party of the underlying lawsuit for which the Movant, Kevin Singer, seeks relief. However, the subject property which Mr. Singer seeks to sell is in fact the property of the Bankruptcy Estate.

3. Attached Exhibit 1 is a true and correct copy of the Grant Deed to the Debtor from his father who rescinded a purported settlement agreement obtained by the Referee merely 10 days before his wife died in hospice care. The Settlement Agreement was presumably signed under duress and is likely unenforceable.

4. The debtor is not a party to the underlying action, and no judgment was obtained against the "Unknown Parties Claiming an Interest." As such the Judgment is void as to anyone else making a claim. The referee Kevin Singer is not entitled to take action which is property of the bankruptcy estate as the Debtor has never been a party to that action.

5. Mr. Singer seeks Relief from Stay so it can go forward with a sale of the Bankruptcy Estate Property, which he cannot legally due until it is first determined by clear and convincing evidence that the Debtor does not have an ownership interest in the property before such relief can be granted moreover.

I declare under penalty of perjury that the foregoing is true and correct, executed on the date written below in Chatsworth, California

Date:   June 13, 2023                          Respectfully submitted,

                                               _____
                                               Renay G. Rodriguez, Esq.
                                               Attorneys for Debtor
                                               JONATHAN J. DECKEL

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

Español   Tiếng Việt   한국어   中文   հայերեն

Search

| Home | Online Services<br>Pay Fines, Search Records... | Forms, Filings & Files<br>Forms, Filing Fees... | Self-Help<br>For persons without attorneys | Divisions<br>Civil, Criminal, Family... | Jury<br>Jury Duty Portal, Q&A... | General Info<br>Courthouses, ADA... |

ONLINE SERVICES

# Case Access

LANGUAGE ACCESS
English

[PRINT]  [NEW SEARCH]

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 19STCV03524
LEONARD B. WEINSAFT VS AMI DECKEL

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 01/23/2019
**Case Type:** Other Real Property (not eminent domain, landlord/tenant, foreclosure) (General Jurisdiction)
**Status:** Court-Ordered Dismissal - Other (Conditional Settlement) 03/11/2020

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**08/01/2023** at 09:00 AM in Department 54 at 111 North Hill Street, Los Angeles, CA 90012
Hearing on Demurrer - with Motion to Strike (CCP 430.10)

**08/04/2023** at 09:00 AM in Department 54 at 111 North Hill Street, Los Angeles, CA 90012
Order to Show Cause Re: Preliminary Injunction

**08/04/2023** at 09:00 AM in Department 54 at 111 North Hill Street, Los Angeles, CA 90012
Hearing on Motion - Other Confirmation and Overbid Hearing

**11/21/2023** at 08:30 AM in Department 54 at 111 North Hill Street, Los Angeles, CA 90012
Non-Appearance Case Review

**11/22/2023** at 08:30 AM in Department 54 at 111 North Hill Street, Los Angeles, CA 90012
Non-Appearance Case Review

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

*Exhibit A*

BITTON OPHIR JACOB - Attorney for Defendant

DECKEL ADAM - Petitioner

DECKEL ADAM - Appellant

DECKEL ALYSSA - Appellant

DECKEL ALYSSA - Petitioner

DECKEL AMI - Defendant

DECKEL JONATHAN - Petitioner

DECKEL JONATHAN - Petitioner

DECKEL JONATHAN - Appellant

DECKEL JONATHAN J - Real Party in Interest

DECKEL PHOEBE - Defendant

GOODMAN SHOLOM Y. - Attorney for Defendant

LESOWITZ SCOTT MICHAEL - Attorney for Defendant

SINGER KEVIN - Non-Party

SOMERS ROBERT HARVEY - Attorney for Plaintiff

WEINSAFT LEONARD B. - Respondent

WEINSAFT LEONARD B. - Plaintiff

WELLMAN MAX NOAH - Attorney for Plaintiff

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Documents Filed (Filing dates listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
04/07/2023  08/05/2022  06/24/2021  05/04/2021  02/20/2020  08/05/2019

**06/09/2023** Notice (of Order)
Filed by Kevin Singer (Non-Party)

**05/26/2023** Minute Order ( (Hearing on Motion - Other Confirmation and Overbid Hearing; O...))
Filed by Clerk

**05/26/2023** Status Report
Filed by Kevin Singer (Non-Party)

**05/26/2023** Notice of Stay of Proceedings (Bankruptcy)
Filed by Jonathan Deckel (Petitioner)

**05/25/2023** Minute Order ( (Hearing on Ex Parte Application motion to continue))
Filed by Clerk

**05/25/2023** Proof of Service (not Summons and Complaint)
Filed by Kevin Singer (Non-Party)

**05/25/2023** Notice of Stay of Proceedings (Bankruptcy)
Filed by Jonathan Deckel (Petitioner)

**05/24/2023** Declaration (re Posting and Serving Notice of the Court Confirmation and Overbid Hearing Set for May 26, 2023 for the sale of 7528-7534 Norton Ave.)
Filed by Kevin Singer (Non-Party)

**05/24/2023** Opposition (Referee's Opposition to Non-Party Jonathan Deckel's Ex Parte Application for Continuance of Confirmation and Overbid Hearing Set for May 26, 2023)
Filed by Kevin Singer (Non-Party)

**05/22/2023** Notice of Appearance
Filed by Jonathan Deckel (Petitioner)

**05/22/2023** Ex Parte Application (motion to continue)
Filed by Jonathan Deckel (Petitioner)

**05/19/2023** Reply (Referee's Reply to Defendant Ami Deckel's Opposition to Confirmation of Sale of Referee Estate Property)
Filed by Kevin Singer (Non-Party)

**This page is part of your document - DO NOT DISCARD**

# 20201528188



Pages: 0003

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**11/25/20 AT 02:56PM**

| | |
|---|---:|
| FEES: | 25.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 100.00 |



**LEADSHEET**



202011251040209

00019177256



011356066

**SEQ:
02**

*Exhibit 1*

SECURE - Daily



**THIS FORM IS NOT TO BE DUPLICATED**

E502868

442_5696529

Recording Requested By, and
When Recorded Send to, and
Mail Tax Statements to:
Ami Deckel
327 N. Poinsettia Place
Los Angeles, CA 90036

_____
Space above this line for recorder's use

# GRANT DEED

**ADDRESS**: 7528 and 7534 Norton Ave., West Hollywood, CA 90046 **APN**: 5530-010-006,007

The undersigned Grantor declares under penalty of perjury that the following is true and correct: Documentary Transfer Tax is $0.00. This is a bona fide gift and the grantor received nothing in exchange (R & T Code Section 11930).

Ami Deckel, Trustee of Ami Deckel and Phoebe Deckel Family Trust dated December 24, 2003, hereby grants to Alyssa Tamar Deckel, an unmarried woman, Jonathan Joseph Elbaz Deckel, a married man as his sole and separate property, and Adam Avraham Elbaz, also known as Adam Avraham Elbaz Deckel, a married man as his sole and separate property, as tenants-in-common, an undivided one-half interest in and to the following described real property:

Lots 155 and 156 of Tract 450, in the County of Los Angeles, State of California, as per Map recorded in Book 16, Pages 158 and 159 of Maps, in the Office of the County Recorder of Los Angeles County, California.

Executed on _Oct. 5_____, 2020, at Los Angeles, California.

_A.E. Deckel_ Trustee
Ami Deckel, Trustee

Mail Tax Statements As Directed Above

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

On Oct - 05, 2020, before me Chul Woo Lee, Notary Public, personally appeared Ami Deckel, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument, the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

[Seal]

WITNESS my hand and official seal.



CHUL WOO LEE
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMMISSION # 2271313
MY COMM. EXPIRES DEC. 16, 2022