| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Blake C. Alsbrook (SBN 262603)<br>  balsbrook@ecjlaw.com<br>Sonia Singh (SBN 311080)<br>  ssingh@ecjlaw.com<br>Chase Stone (SBN 335228)<br>  cstone@ecjlaw.com<br>**ERVIN COHEN & JESSUP LLP**<br>9401 Wilshire Boulevard, Twelfth Floor<br>Beverly Hills, California 90212-2974<br>Telephone  (310) 273-6333<br>Facsimile  (310) 859-2325<br><br>☐  Individual *appearing without an attorney*<br>☒  Attorney for: Movant Court-Appointed Referee Kevin Singer | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>JONATHAN J. DECKEL,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:23-bk-13235-NB<br>CHAPTER: 13<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>**(Action in Nonbankruptcy Forum)** |
|---|---|

PLEASE TAKE NOTE that the order titled **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362 (Action in Nonbankruptcy Forum)** was lodged on (*date*) <u>June 13, 2023</u> and is attached. This order relates to the motion which is docket number <u>14</u>.

17011.9:10924481.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*         Page 1         **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT "1"

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Blake C. Alsbrook (SBN 262603)<br>balsbrook@ecjlaw.com<br>Sonia Singh (SBN 311080)<br>ssingh@ecjlaw.com<br>Chase A. Stone (SBN 335228)<br>cstone@ecjlaw.com<br>ERVIN COHEN & JESSUP LLP<br>9401 Wilshire Blvd., Twelfth Floor<br>Beverly Hills, California 90212-2974<br>Telephone: (310) 273-6333<br>Facsimile: (310) 859-2325<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>JONATHAN J. DECKEL<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-13235-NB<br><br>CHAPTER: 13<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>**(Action in Nonbankruptcy Forum)**<br><br>DATE: June 13, 2023<br>TIME: 10:00 a.m.<br>COURTROOM: 1545<br>PLACE: Edward R. Roybal Federal Building<br>            255 E. Temple St.<br>            Los Angeles, CA 90012 |
|---|---|

**MOVANT:** Kevin Singer, Partition Referee, Los Angeles County Superior Court (Case No. 19STCV03524)

1. The Motion was: ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

    Name of Nonbankruptcy Action: *Leonard B. Weinsaft et al. v. Ami Deckel and Phoebe Deckel, et al.*

    Docket number: 19STCV03524

    Nonbankruptcy court or agency where the Nonbankruptcy Action is pending: Superior Court of California, County of Los Angeles (Central District); Hon. Maurice A. Leiter presiding.

10923762.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                                                 Page 1                                                    **F 4001-1.RFS.NONBK.ORDER**

Exhibit "1"
Page 2

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☐ Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b. ☐ Modified or conditioned as set forth in Exhibit ____ to the Motion.

   c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:** Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

   a. ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

   b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒ Other (*specify*):

The Court grants the *Notice Of Motion And Motion For Relief From The Automatic Stay Under 11 U.S.C. § 362 (with supporting declarations) (Action In Non Bankruptcy Forum)* (the "**Motion**") [Docket No. 14] filed by Kevin Singer, the Partition Referee in Los Angeles County Superior Court (Case No. 19STCV03524) based upon the findings of fact and conclusions of law stated on the record at the hearing pursuant to F.R.Civ.P. 52(a)(1), as incorporated by Fed. R. Bankr. P. 7052, and Fed. R. Bankr. P. 9014(c).

Further, the Court orders that the 14-day stay prescribed by Fed. R. Bankr. P. 4001(a)(3) is waived for all the reasons stated on the record at the hearing.

###

10923762.1    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                  Page 2                              **F 4001-1.RFS.NONBK.ORDER**
                                                                                              Exhibit "1"
                                                                                                 Page 3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9401 Wilshire Boulevard, Twelfth Floor, Beverly Hills, CA 90210.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 13, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kathy A Dockery (TR)
EFiling@LATrustee.com

R Grace Rodriguez on behalf of Debtor Jonathan J. Deckel
ecf2@lorgr.com, rodriguezrr66050@notify.bestcase.com

Sonia Singh on behalf of Interested Party Kevin Singer
ssingh@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com

Chase Aleksander Stone on behalf of Interested Party Kevin Singer
cstone@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) June 13, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Neil W. Bason
United States Bankruptcy Court
255 E. Temple Street, Ctrm. 1545
Los Angeles, CA 90012

Debtor
Jonathan J. Deckel
7528 Norton Avenue
Los Angeles, CA 90046

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 13, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

17011.9:10924481.1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

Kevin Singer, Receiver
Email: Kevin@ReceivershipSpecialists.com
Email: Jackson@ReceivershipSpecialists.com

Max N. Wellman, Esq.
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Email: MWellman@Venable.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 13, 2023 | Debbie A. Perez | /s/Debbie A. Perez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

17011.9:10924481.1  This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 3     **F 9021-1.2.BK.NOTICE.LODGMENT**