R. Grace Rodriguez, Esq. (SBN: 196657)
**Law Offices of R. Grace Rodriguez**
21000 Devonshire Street, Suite 111
Chatsworth, California 91311
Tel:    (818) 734-7223
Fax:    (818) 572-8700
ECF2@Lorgr.com

Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JONATHAN J. DECKEL<br><br><br><br><br><br>Debtor | CASE NO:    2:23-bk-13235-NB<br><br>CHAPTER 13<br><br>**LAW OFFICES OF R. GRACE RODRIGUEZ NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR**<br><br>[Local Bankr. R.9013(o)(1)] |

**LAW OFFICES OF R. GRACE RODRIGUEZ (the "Firm), general insolvency counsel to Debtor Jonathan J. Deckel, hereby moves** ("Motion") this Court for an order:

This Motion is made based on the declaration of attorney R. Grace Rodriguez, attorney for debtor.

1. Authorizing the Firm's withdrawal counsel for Debtor.

2. Granting such other and further relief as the Court deems just and proper.

3. **IF YOU DO NOT OPPOSE THE MOTION DESCRIBED ABOVE, YOU NEED TAKE NO FURTHER ACTION. HOWEVER, IF YOU OPPOSE THE MOTION, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o)(1), YOU MUST FILE AN OPPOSITION AND REQUEST FOR A HEARING WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, LOCATED AT 255 E TEMPLE STREET, LOS ANGELES, CA 30012 WITHIN**

**FOURTEEN (14) DAYS OF THE DATE OF SERVICE OF THIS NOTICE, PLUS THREE ADDITIONAL DAYS AS SERVICE IS BEING MADE ELECTRONICALLY OR BY MAIL. YOU MUST ALSO SERVE A COPY OF YOUR OPPOSITION AND REQUEST FOR A HEARING UPON COUNSEL FOR THE VOLUNTARY DEBTOR AT THE MAILING ADDRESS INDICATED IN THE UPPER LEFT CORNER OF THIS MOTION, UPON THE OFFICE OF THE UNITED STATES TRUSTEE LOCATED AT 915 WISHIRE BOULEVARD, SUITE 1850, LOS ANGELES, CA 90017. UPON RECEIPT OF A WRITTEN OPPOSITION TO THE MOTION AND REQUEST FOR A HEARING THEREON, MOVANTS' COUNSEL WILL OBTAIN A HEARING DATE AND GIVE APPROPRIATE NOTICE THEREOF. ANY FAILURE TO TIMELY FILE AND SERVE OPPOSITIONS MAY RESULT IN ANY SUCH OPPOSITIONS BEING WAIVED.**

**WHEREFORE**, the Firm respectfully requests that this Court issue an Order granting the motion for leave to withdraw as counsel, and such additional relief as the Court deems just and proper.

DATED:  June 23, 2023                    **LAW OFFICES OF R. GRACE RODRIGUEZ**

                                                **s/s R. Grace Rodriguez**
                                                 R. Grace Rodriguez, Esq.

**DECLARATION OF R. GRACE RODRIGUEZ, ATTORNEY FOR DEBTOR**

I, R. Grace Rodriguez, hereby declare as follows:

1. I am the attorney of record for the debtor, Jonathan J. Deckel and if called as a witness I could and would competently testify to the following facts which are of my own personal knowledge.

2. On May 25, 2023, I filed an emergency Chapter 13 Voluntary Petition for debtor, and the balance of the Schedules were filed by the due date of June 8, 2023.

3. Since the filing of the petition, there has been a complete breakdown in communication between debtor and me, making it difficult to proceed with this case.

4. Debtor consistently insists on requesting that I file documents which do not comply with either Local or Federal Bankruptcy Rules of Procedure. For this reason, I can no longer represent him and wish to withdraw as attorney for debtor in this bankruptcy matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June 2023 at Chatsworth, California.

/s/ R. Grace Rodriguez
R. Grace Rodriguez, Declarant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**21000 Devonshire Street, Suite 111, Chatsworth, CA 91311**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **6/23/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kathy A Dockery (TR)    EFiling@LATrustee.com , R Grace Rodriguez    ecf2@lorgr.com, rodriguezrr66050@notify.bestcase.com
Sonia Singh    ssingh@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com , Chase Aleksander Stone cstone@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com , United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **6/23/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **6/23/2023** | **R. Grace Rodriguez, Esq.** | /s/ R. Grace Rodriguez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

| | | |
|---|---|---|
| 1 | | |
| 2 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998 | Leonard Weinsaft Trustee of the<br>the Leonard Weinsaft Revocable<br>7528 NORTON AVE<br>Los Angeles, CA 90046-5514 |
| 3 | | |
| 4 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634 | Wells Fargo Bank NA<br>Attn: Wells Fargo Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328 |

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Leonard Weinsaft Trustee of the
the Leonard Weinsaft Revocable
7528 NORTON AVE
Los Angeles, CA 90046-5514

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Wells Fargo Bank NA
Attn: Wells Fargo Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Jonathan J. Deckel
7528 North Avenue
Los Angeles, CA 90046-5514

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Kathy A. Dockery (TR)
801 Figueroa Street, Suite 1850
Los Angeles, CA 90017-5569

(p) JPMorgan Chase Bank, N.A.
Bankruptcy Mail Intake Team
700 Kansas lane, Floor 01
Monroe, LA 71203-4744

United States Trustee (LA)
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017-3560

Kevin Singer
c/o Ervin Cohen & Jessup LLP
9401 Wilshire Blvd, 12th Floor
Beverly Hills, CA 90212-2945

R Grace Rodriguez
21000 Devonshire St
Ste., 111
Chatsworth, CA 91311-8212

~ 5 ~

Motion and Notice of Motion to Withdraw as Attorney