KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA  90017
PHONE:  (213) 996-4400
FAX:  (213)-996-4426

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

IN RE:

JONATHAN J. DECKEL

Debtor(s).

Chapter 13 Case No.:  LA23-13235-NB

### TRUSTEE'S DECLARATION RE: DEBTOR'S FAILURE TO APPEAR AT THE §341(a) MEETING OF CREDITORS AND FAILURE TO TENDER THE PLAN PAYMENT

I,  Kathy A. Dockery, declare as follows:

1. I am the duly appointed, qualified and standing Chapter 13 Trustee in Case No: LA23-13235-NB and by virtue thereof, I have personal knowledge of files and records kept by my office in the regular course of business.  I have personally reviewed the files and records kept by my office in the within case.  The following facts are true and correct and within my own personal knowledge and if called to do so, I could and would testify competently thereto.

2. The §341(a) Meeting of Creditors in this matter was scheduled for June 30, 2023

3. The Debtor(s) failed to appear for examination.

4. A review of my records reflects that no plan payments have been received.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

_____
Kathy A. Dockery, Chapter 13 Trustee